# UNITED STATES BANKRUPTCY COURT IN THE EASTERN DISTRICT OF WISCONSIN

In Re: William J. Schmidt
   Lisa A. Schmidt

Chapter: 13

Debtor(s).

Case No: 2008-29773-JES

## NOTICE OF CONVERSION OF CASE FROM CHAPTER 13 TO CHAPTER 7

NOW COMES Gregory T. Dantzman, of the Law Office of Dantzman & Dantzman, Attorney for Debtors, representing that:

1. Debtors, William and Lisa Schmidt, filed a Chapter 13 Bankruptcy on September 8th, 2008.

2. Debtors no longer wish to proceed with their Chapter 13 Case and wish to convert to Chapter 7.

3. Debtors have not previously converted this case under any other chapter of the Bankruptcy Code.

4. Debtors have an absolute right to convert from Chapter 13 to Chapter 7.

5. Debtors request that all payroll orders in effect be cancelled.

WHEREFORE, the Debtors, through their attorney, respectfully request this court enter an Order converting their Chapter 13 Case to a Chapter 7 Case, and canceling all previous payroll orders in his case.

Respectfully submitted, this 30th day of November 2010.

Gregory T. Dantzman 1032430
Law Offices of Dantzman & Dantzman
324 E. Wisconsin Ave, Suite 415
Milwaukee, WI 53202
(414) 831-0427

Document Prepared By:
Gregory T. Dantzman 1032430
Law Offices of Dantzman & Dantzman
324 E. Wisconsin Ave, Suite 415
Milwaukee, WI 53202
(414) 831-0427

# UNITED STATES BANKRUPTCY COURT IN THE EASTERN DISTRICT OF WISCONSIN

In Re: William J. Schmidt  
Lisa A. Schmidt

Chapter: 13

Debtor(s).

Case No: 2008-29773-JES

## CERTIFICATE OF MAILING

STATE OF WISCONSIN )  
) 
COUNTY OF MILWAUKEE )

    I, GREGORY T. DANTZMAN, attorney for the Debtor, do hereby certify that on the 30th day of November 2010 I personally deposited in the United States mail, postage duly prepaid, a true and correct copy of the **Debtor's Notice to Convert from Chapter 13 to Chapter 7** to the following parties listed below.

Chapter 13 Trustee (Via ECF Notice)  
Thomas J. King

US Trustee (Via ECF Notice)  
517 E. Wisconsin Ave Room 430  
Milwaukee, WI 53202

William and Lisa Schmidt  
9076 N. Meadowlark Ln.  
Bayside, WI 53217

Dated this 30th day of November 2010

_____  
Gregory T. Dantzman 1032430  
Law Offices of Dantzman & Dantzman  
324 E. Wisconsin Ave, Suite 415  
Milwaukee, WI 53202  
(414) 831-0427

Document Prepared By:  
Gregory T. Dantzman 1032430  
Law Offices of Dantzman & Dantzman  
324 E. Wisconsin Ave, Suite 415  
Milwaukee, WI 53202  
(414) 831-0427