.

In re    **William J Schmidt,**
        **Lisa A Schmidt**

Case No.    <u>08-29773</u>              

                                                ,

Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family home, 9076 N. Meadowlark Bayside, WI. Estimated fair market value $239,500 from tax bill.** | **Fee Simple** | **C** | **239,500.00** | **298,079.05** |

| | | |
|---|---|---|
| Sub-Total > | **239,500.00** | (Total of this page) |
| Total > | **239,500.00** | |

(Report also on Summary of Schedules)

<u>  **0**  </u>   continuation sheets attached to the Schedule of Real Property

STATE BAR OF WISCONSIN FORM 2 - 2003
**WARRANTY DEED**

Document Number          Document Name

DOC.# 09240996

REGISTER'S OFFICE | SS
Milwaukee County, WI )

RECORDED  05/24/2006 11:38AM

JOHN LA FAVE
REGISTER OF DEEDS

AMOUNT:        11.00

This Deed, made between HELEN M SHEEN, A SINGLE PERSON

(Grantor),

and WILLIAM J SCHMIDT AND LISA ANNE SCHMIDT, HUSBAND
AND WIFE                                          (Grantee),

Grantor, for a valuable consideration, conveys and warrants to
Grantee the following described real estate, together with the rents,
profits, fixtures and other appurtenant interests, in MILWAUKEE
County, State of Wisconsin.

Recording Area

Name & Return Address

WILLIAM J SCHMIDT and LISA ANNE SCHMIDT
9076 NORTH MEADOWLARK LANE
BAYSIDE, WI 53217

TRANSFER
$ 603⁰⁰
FEE

020-0026-000

Parcel Identification Number (PIN)

This is homestead property.

Lot Two (2), in Block Four (4), in Plat of Bayside, a Subdivision of 39 acres located in the
Southeast One-quarter (1/4) of Section Four (4), in Township Eight (8) North, Range Twenty-two
(22) East, in the Village of Bayside, County of Milwaukee, State of Wisconsin.

Exceptions to warranties: municipal and zoning ordinances and agreements entered under them, recorded easements
for the distribution of utility and municipal services, recorded building and use restrictions and covenants, general taxes levied in
the year of closing.

Dated this ___15ᵗʰ___ day of ___May___, 2006

_Helen M Sheen_ (SEAL)
* HELEN M SHEEN

_____ (SEAL)
*

**AUTHENTICATION**

Signature(s) _____

Authenticated this _____ day of _____.

_____
TITLE: MEMBER STATE BAR OF WISCONSIN
(If not,
Authorized by §706.06, Wis. Stats.)

THIS INSTRUMENT WAS DRAFTED BY

Jeffrey P. Patterson

State Bar Wisconsin No. 1005690

(Signatures may be authenticated or acknowledged. Both are not
necessary.)
Names of persons signing in any capacity must be typed or printed below their signature.
710601134

**ACKNOWLEDGEMENT**

State of Wisconsin,

_Milwaukee_ County. } ss

Personally came before me this _15ᵗʰ_ day of _May_,
2006, the above named HELEN M SHEEN to me known to be
the person(s) who executed the foregoing instrument and
acknowledged the same.

_Laura L. Sova_
* LAURA A. SOVA
Notary Public, State of Wisconsin
My commission is permanent. (If not, state expiration date:
_April 22_  200_8#_)

MISS

WARRANTYDEED

In re    **William J Schmidt,**
          **Lisa A Schmidt**

Case No.    **08-29773**

                           Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Chase Bank | C | 148.00 |
| | | | Savings account with Landmark Credit Union | C | 6,124.00 |
| | | | Checking account with TCF Bank | C | 414.00 |
| | | | Checking account with US Bank | C | 103.00 |
| | | | Checking account with Brewery Credit Union | C | 79.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with landlord, no current cash value | C | 0.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household goods - (See attached itemization) | C | 3,535.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Necessary clothing | C | 500.00 |
| 7. | Furs and jewelry. | | Misc. jewelry & wedding bands | C | 1,500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **12,403.00** |
|---|---|---|
| | (Total of this page) | |

   **3**    continuation sheets attached to the Schedule of Personal Property

In re   **William J Schmidt,**                                           Case No. _____**08-29773**_____
                **Lisa A Schmidt**

                                               Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **(Husband) is 1/2 owner of FW Schmidt, Inc. Assets of business 1999 New Holland LX865 Skidloader (8,500) 1997 Ford F 350 ($9,800) Cement mixers, tools, & supplies ($2,200) Account receivables - none**<br><br>**Assets = $20,500 Liabilities with First Card Merchant = $15,824** | C | 2,338.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **2,338.00**
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

In re **William J Schmidt,**
　　　 **Lisa A Schmidt**
　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　Debtors

Case No. ___08-29773___

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chrysler Concorde 90,000 miles | C | 2,000.00 |
| | | 1996 Isuzu Oasis 139,000 miles | C | 1,700.00 |
| | | 2001 Chevy Trailblazer 96,000 miles | C | 3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total > 　7,200.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **William J Schmidt,**
       **Lisa A Schmidt**
                              Debtors

Case No.   **08-29773**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **21,941.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **William J Schmidt,**                         Case No.    **08-29773**
             **Lisa A Schmidt**

                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Chase Bank | 11 U.S.C. § 522(d)(5) | 148.00 | 148.00 |
| Savings account with Landmark Credit Union | 11 U.S.C. § 522(d)(5) | 6,124.00 | 6,124.00 |
| Checking account with TCF Bank | 11 U.S.C. § 522(d)(5) | 414.00 | 414.00 |
| Checking account with US Bank | 11 U.S.C. § 522(d)(5) | 103.00 | 103.00 |
| Checking account with Brewery Credit Union | 11 U.S.C. § 522(d)(5) | 79.00 | 79.00 |
| **Household Goods and Furnishings** | | | |
| Household goods - (See attached itemization) | 11 U.S.C. § 522(d)(3) | 3,535.00 | 3,535.00 |
| **Wearing Apparel** | | | |
| Necessary clothing | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Misc. jewelry & wedding bands | 11 U.S.C. § 522(d)(4) | 1,500.00 | 1,500.00 |
| **Stock and Interests in Businesses** | | | |
| (Husband) is 1/2 owner of FW Schmidt, Inc. | 11 U.S.C. § 522(d)(6) | 2,338.00 | 4,676.00 |
| Assets of business | | | |
| 1999 New Holland LX865 Skidloader (8,500) | | | |
| 1997 Ford F 350 ($9,800) | | | |
| Cement mixers, tools, & supplies ($2,200) | | | |
| Account receivables - none | | | |
| Assets = $20,500 | | | |
| Liabilities with First Card Merchant  = $15,824 | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Chrysler Concorde 90,000 miles | 11 U.S.C. § 522(d)(5) | 2,000.00 | 2,000.00 |
| 1996 Isuzu Oasis 139,000 miles | 11 U.S.C. § 522(d)(5) | 1,700.00 | 1,700.00 |
| 2001 Chevy Trailblazer 96,000 miles | 11 U.S.C. § 522(d)(2) | 3,500.00 | 3,500.00 |
| | Total: | 21,941.00 | 24,279.00 |

    **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

In re   **William J Schmidt,**
       **Lisa A Schmidt,**
Debtors

Case No.   **08-29773**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **2008CV009105** <br><br> **Central States Mortgage - CSMC Inc** <br> **10425 West North Avenue #100,** <br> **Wauwatosa, WI 53226** | C | | | | 12/22/06 <br><br> **1st Mortgage** <br><br> **Single Family home, 9076 N. Meadowlark Bayside, WI.  Estimated fair market value $239,500 from tax bill.** | | | | | |
| | | | | | Value $               **239,500.00** | | | | **238,079.05** | **0.00** |
| Account No. <br><br> **Gray & Associates, L.L.P.** <br> **600 N. Broadway** <br> **Suite 300** <br> **Milwaukee, WI 53202** | | | | | **Representing:** <br> **Central States Mortgage - CSMC Inc** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. <br><br> **Interim Funding, LLC** <br> **10425 W. North Ave Suite 100** <br> **Wauwatosa, WI 53226** | C | | | | 12/22/06 <br><br> **2nd Mortgage (Balloon 2009)** <br><br> **Single Family home, 9076 N. Meadowlark Bayside, WI.  Estimated fair market value $239,500 from tax bill.** | | | | | |
| | | | | | Value $               **239,500.00** | | | | **42,000.00** | **42,000.00** |
| Account No. **426420144** <br><br> **Landmark Credit Union** <br> **Po Box 51138** <br> **New Berlin, WI 53151** | C | | | | **Opened  8/01/05  Last Active  8/01/08** <br><br> **Lien on vehicle** <br><br> **1999 Chrysler Concorde 90,000 miles** | | | | | |
| | | | | | Value $                  **2,000.00** | | | | **0.00** | **0.00** |

  **1**   continuation sheets attached

Subtotal <br> (Total of this page)

**280,079.05**      **42,000.00**

In re   **William J Schmidt,**
       **Lisa A Schmidt**

                                Debtors

Case No.   **08-29773**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Milwaukee County Treasurer** <br> **901 North 9th Street** <br> **Milwaukee, WI 53233-1462** | | C | **2007, 2008 ,2009 & 2010** <br><br> **Property tax lien** <br><br> **Single Family home, 9076 N. Meadowlark Bayside, WI. Estimated fair market value $239,500 from tax bill.** <br> Value $        **239,500.00** | | | | **18,000.00** | **16,579.05** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **18,000.00** | **16,579.05** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **298,079.05** | **58,579.05** |



# MORTGAGE



**DOC.# 09369817**

DOCUMENT NUMBER

REGISTER'S OFFICE | SS
Milwaukee County, WI|

RECORDED 01/16/2007 10:31AM

JOHN LA FAVE
REGISTER OF DEEDS

AMOUNT: 53.00

NAME & RETURN ADDRESS
CSMC Inc., dba Central
States Mortgage
10425 West North Ave., #100.
Wauwatosa, WI 53226

PARCEL IDENTIFIER NUMBER
020-0026

—————————————————[Space Above This Line For Recording Data]—————————————————

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated December 22, 2006
together with all Riders to this document
(B) "Borrower" is William J Schmidt and Lisa Anne Schmidt, Husband and Wife

Borrower is the mortgagor under this Security Instrument
(C) "Lender" is CSMC Inc., dba Central States Mortgage

Lender is a Corporation
organized and existing under the laws of the State of Wisconsin

06-3800
WISCONSIN-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

0
Form 3050 1/01

-6(WI) (0005)
Page 1 of 15          MW 05/00          Initials

VMP MORTGAGE FORMS · (800)521-729

PTS 22232

Lender's address is  10425 West North Ave , #100, Wauwatosa, WI 53226

Lender is the mortgagee under this Security Instrument
(D) "Note" means the promissory note signed by Borrower and dated    December 22, 2006
The Note states that Borrower owes Lender Two Hundred Twenty Thousand and no/100
                                                                                    Dollars
(U.S. $220,000 00         ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than    January 1, 2037
(E) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."
(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(G) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]

[X] Adjustable Rate Rider    [ ] Condominium Rider              [ ] Second Home Rider
[ ] Balloon Rider            [ ] Planned Unit Development Rider  [X] 1-4 Family Rider
[ ] VA Rider                 [ ] Biweekly Payment Rider         [ ] Other(s) [specify]

(H) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions
(I) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
(J) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers
(K) "Escrow Items" means those items that are described in Section 3.
(L) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property, (ii) condemnation or other taking of all or any part of the
Property, (iii) conveyance in lieu of condemnation, or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property
(M) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.
(N) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.
(O) "RESPA" means the Real Estate Settlement Procedures Act (12 U S C. Section 2601 et seq.) and its
implementing regulation, Regulation X (24 C F R Part 3500), as they might be amended from time to
time, or any additional or successor legislation or regulation that governs the same subject matter As used
in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard
to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage
loan" under RESPA.

06-3800                                                                                    0

-6(WI) (0005)                  Page 2 of 16           Initials              Form 3050  1/01

**(P) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note For this purpose, Borrower does hereby mortgage, grant and convey to Lender, with power of sale, the following described property located in the County of Milwaukee

[Type of Recording Jurisdiction]          [Name of Recording Jurisdiction]

Lot 2, in Block 4, in Plat of Bayside, a Subdivision of 39 acres located in the Southeast 1/4 of Section 4, in Township 8 North, Range 22 East, in the Village of Bayside, County of Milwaukee, State of Wisconsin. Tax Key No : 020-0026 This is a Refinance Transaction   This is Not Homestead Property.

which currently has the address of
9076 North Meadowlark Lane                                                      [Street]
Bayside                                      [City], Wisconsin 53217            [Zip Code]
("Property Address")

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record  Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property

UNIFORM COVENANTS  Borrower and Lender covenant and agree as follows:

**1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U S currency  However, if any check or other instrument received by Lender as payment under the Note or this

06-3800                                                                                       0

-6(WI) (0005)                    Page 3 of 15                          Form 3050  1/01

Doc Yr: 2007 Doc #09369817 Page # 3 of 22

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses

_____                    _____ (Seal)
                                                         William J Schmidt        -Borrower

_____                    _____ (Seal)
                                                         Lisa Anne Schmidt        -Borrower


_____ (Seal)    _____ (Seal)
                           -Borrower                                 -Borrower


_____ (Seal)    _____ (Seal)
                           -Borrower                                 -Borrower


_____ (Seal)    _____ (Seal)
                           -Borrower                                 -Borrower


06-3800                                                                          0

-8(WI) (0005)                 Page 14 of 15                   Form 3050   1/01

Doc Yr: 2007 Doc #09369817 Page # 14 of 22

**STATE OF WISCONSIN,**                                    **County ss:**
   The foregoing instrument was acknowledged before me this    December 22, 2006
by William J. Schmidt and Lisa Anne Schmidt, Husband and Wife

My Commission Expires 3.23-08

Notary Public, State of Wisconsin

This instrument was prepared by
M Marie Mather

06-3800

(VMP)-8(WI) (0005)

Page 15 of 15

0

Form 3050  1/01

Case 08-29773-jes    Doc 47    Filed 12/29/10    Page 14 of 66

18

# MORTGAGE



**DOC.# 09369819**

DOCUMENT NUMBER

REGISTER'S OFFICE | SS
Milwaukee County, WI|

NAME & RETURN ADDRESS
CSMC Inc . dba Central
States Mortgage
10425 West North Ave., #100,
Wauwatosa, WI 53226

RECORDED 01/16/2007 10:31AM

JOHN LA FAVE
REGISTER OF DEEDS

AMOUNT: 45.00

PARCEL IDENTIFIER NUMBER
020-0026

─────────[Space Above This Line For Recording Data]─────────

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21 Certain rules regarding the usage of words used in this document are
also provided in Section 16

(A) "Security Instrument" means this document, which is dated    December 22, 2006
together with all Riders to this document
(B) "Borrower" is William J Schmidt and Lisa Anne Schmidt. Husband and Wife

Borrower is the mortgagor under this Security Instrument
(C) "Lender" is CSMC Inc . dba Central States Mortgage

Lender is a Corporation
organized and existing under the laws of    the State of Wisconsin

0

06-1448ALT
WISCONSIN-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Form 3050 1/01

-6(WI) (0005)
Page 1 of 15    MW 06/00    Initials
VMP MORTGAGE FORMS - (800)521-7291

PTS 22322

Lender's address is  10425 West North Ave., #100, Wauwatosa, WI 53226

Lender is the mortgagee under this Security Instrument

(D) "Note" means the promissory note signed by Borrower and dated  December 22, 2006
The Note states that Borrower owes Lender Forty Two Thousand One Hundred Twenty Five
and no/100                                                                       Dollars
(U S $42,125 00               ) plus interest Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than        July 1, 2007
(E) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."
(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(G) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider      ☐ Condominium Rider              ☐ Second Home Rider
☐ Balloon Rider              ☐ Planned Unit Development Rider ☒ 1-4 Family Rider
☐ VA Rider                   ☐ Biweekly Payment Rider         ☐ Other(s) [specify]

(H) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions
(I) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
(J) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers
(K) "Escrow Items" means those items that are described in Section 3.
(L) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation, or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property
(M) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.
(N) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.
(O) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq ) and its
implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to
time, or any additional or successor legislation or regulation that governs the same subject matter. As used
in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard
to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage
loan" under RESPA                                                                             0

06-1448ALT

⬤-6(WI) (0005)                        Page 2 of 16            Initials              Form 3050  1/01

Doc Yr: 2007 Doc #09369819 Page # 2 of 18

(P) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender, with power of sale, the following described property located in the County of Milwaukee

[Type of Recording Jurisdiction]    [Name of Recording Jurisdiction]

Lot 2, in Block 4, in Plat of Bayside, a Subdivision of 39 acres located in the Southeast 1/4 of Section 4, in Township 8 North, Range 22 East, in the Village of Bayside, County of Milwaukee, State of Wisconsin. Tax Key No.: 020-0026 This is not homestead property. This is a second mortgage.

which currently has the address of                                    [Street]
9076 North Meadowlark Lane
Bayside                              [City], Wisconsin 53217    [Zip Code]
("Property Address"):

    TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

    BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

    THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property

    UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
    1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note Borrower shall also pay funds for Escrow Items pursuant to Section 3 Payments due under the Note and this Security Instrument shall be made in U.S currency. However, if any check or other instrument received by Lender as payment under the Note or this

06-1448ALT

Initials

-6(WI) (0005)    Page 3 of 15    Form 3050  1/01

Doc Yr: 2007 Doc #09369819 Page #3 of 18

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this
Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____          _____ (Seal)
                                          William J Schmidt         -Borrower

_____          _____ (Seal)
                                          Lisa Anne Schmidt         -Borrower


_____ (Seal)           _____ (Seal)
                 -Borrower                                          -Borrower


_____ (Seal)           _____ (Seal)
                 -Borrower                                          -Borrower


_____ (Seal)           _____ (Seal)
                 -Borrower                                          -Borrower


06-1448ALT                                                          0

-6(WI) (0008)              Page 14 of 15           Form 3050  1/01

Doc Yr: 2007 Doc #09369819 Page # 14 of 18

**STATE OF WISCONSIN,**                                    **County ss:**
The foregoing instrument was acknowledged before me this     December 22, 2006
by William J Schmidt and Lisa Anne Schmidt, Husband and Wife

My Commission Expires:    3-23-08

Notary Public, State of Wisconsin
Dawn J. Bainter

This instrument was prepared by
M. Marie Mather

06-1448ALT

-6(WI) (0005)                    Page 15 of 15                Form 3050  1/01

0

## Vehicle Inquiry
### (Deal ID: 870282, Env: 43152060951)

| | |
|---|---|
| **Date/Time:** 4/5/2006 | **Requested by:** CYANG |

### Vehicle Information

| | |
|---|---|
| **VIN:** 2C3HD46R4XH539686 | **Veh Type:** AUTO |
| **Title Number:** 05234T0570020 | **Title Date:** 8/19/2005 |
| **Plate Number:** 995ACV | **Base Year:** 1999 |
| **Plate Type:** AUT | **Exp Date:** 8/18/2006 |
| **Reg Weight:** n/a | **DMV Reg ID:** 19658052314 |
| **Reg Number:** 05234T0570020 | **Reg Effective:** 8/19/2005 |
| **Odometer:** 00000045 | **Odometer Status:** AC |
| **Make:** CHRY | **Model/Body:** CXL/4D |

### Owner Information

| | |
|---|---|
| SCHMIDT, LISA A | ()SCHMIDT, WILLIAM J |
| 514 W LUEBBE LN | 514 W LUEBBE LN |
| MILWAUKEE, WI 53217 | MILWAUKEE, WI 53217 |

### Lessee and Driver Information

None

### Lienholder Information

27779 - LANDMARK CREDIT UNION
PO BOX 14308
WEST MILWAUKEE, WI 53214

### Conditions and Warnings

None

In re   **William J Schmidt,**                                       Case No.   __08-29773__
             **Lisa A Schmidt**

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__2__   continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **William J Schmidt,**
**Lisa A Schmidt**

Case No. **08-29773**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Anna Berrios-Schroeder** <br><br>**Ale solutions** <br>**One West Illinois Street #300** <br>**Saint Charles, IL 60174** | | C | **2007** <br><br>**Security deposit** | | | | 1,700.00 | 0.00 <br><br> 1,700.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

1,700.00 | 1,700.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re    **William J Schmidt,**
               **Lisa A Schmidt**

Case No.     **08-29773**

                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | | | |
| IRS Insolvency Unit 211 W. Wisconsin Avenue MS 5301 MIL Milwaukee, WI 53203-2221 | | C | Income tax | | | | 697.49 | 0.00 697.49 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 697.49 | 697.49 |
| | Total (Report on Summary of Schedules) | 0.00 2,397.49 | 2,397.49 |

Best Case Bankruptcy

In re    **William J Schmidt,**
        **Lisa A Schmidt**

Case No.     **08-29773**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3185**<br><br>**Americollect, Inc.**<br>**Box 1566**<br>**Manitowoc, WI 54221-1566** | C | | 2010<br>Collection - Riverwoods Urgentcare | | | | 102.80 |
| Account No.<br><br>**River Woods Urgent Care Center**<br>**375 W. River Woods Parkway**<br>**Milwaukee, WI 53212** | | | Representing:<br>Americollect, Inc. | | | | Notice Only |
| Account No. **308762**<br><br>**Aurora Advanced Healthcare**<br>**PO Box 091700**<br>**Milwaukee, WI 53209** | C | | 2008<br>Medical Bill | | | | 324.00 |
| Account No.<br><br>**Aurora Health Care**<br>**PO Box 091700**<br>**Milwaukee, WI 53209** | | | Representing:<br>Aurora Advanced Healthcare | | | | Notice Only |

  **20**   continuation sheets attached

Subtotal
(Total of this page)

426.80

In re    **William J Schmidt,**
          **Lisa A Schmidt**

Case No.    **08-29773**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Tri-State Adjustments Brookfield 20720 Watertown Rd., Suite 108 Waukesha, WI 53186-1823** | | | | | Representing: **Aurora Advanced Healthcare** | | | | **Notice Only** |
| Account No. **x0876** | | | | | 2009 - 2010 **Medical Bill** | | | | |
| **Aurora Health Care PO Box 091700 Milwaukee, WI 53209-8700** | C | | | | | | | | 368.80 |
| Account No. **xx9552** | | | | | 2010 **Medical Bill** | | | | |
| **Aurora Health Care PO Box 091700 Milwaukee, WI 53209-8700** | C | | | | | | | | 81.51 |
| Account No. **xx3963** | | | | | 2010 **Medicall Bill** | | | | |
| **Aurora Health Care PO Box 091700 Milwaukee, WI 53209-8700** | C | | | | | | | | 175.69 |
| Account No. **xx2127** | | | | | 2010 **Medical Bill** | | | | |
| **Aurora Health Care PO Box 091700 Milwaukee, WI 53209-8700** | C | | | | | | | | 156.84 |

Sheet no. __1__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**782.84**

In re **William J Schmidt,**      Case No.   **08-29773**
        **Lisa A Schmidt**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **8041**<br><br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE 19884** | | C | | Opened 8/01/03 Last Active 4/01/07<br>CreditCard | | | | **12,919.00** |
| Account No.<br><br>**Unifund**<br>**10625 Techwoods Circle**<br>**Cincinnati, OH 45242** | | | | Representing:<br>Bank Of America | | | | **Notice Only** |
| Account No. **4888-9379-9418-7047**<br><br>**Bank of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | H | | Opened 7/01/05 Last Active 12/08/07<br>CreditCard | | | | **4,117.00** |
| Account No.<br><br>**IC Systems**<br>**PO Box 64886**<br>**St. Paul, MN 55164** | | | | Representing:<br>Bank of America | | | | **Notice Only** |
| Account No. **40907**<br><br>**Bayshore Dental Group SC**<br>**316 E. Silver Spring Drive Suite 243**<br>**Whitefish Bay, WI 53217** | | C | | 2008<br>Medical Bill | | | | **79.00** |

Sheet no. __**2**__ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **17,115.00**

In re    **William J Schmidt,**                      Case No.    **08-29773**
         **Lisa A Schmidt**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Central Collection Corporation** <br> **10701 W North Avenue #105** <br> **Milwaukee, WI 53226** | | | Representing: <br> **Bayshore Dental Group SC** | | | | **Notice Only** |
| Account No. **526532** <br><br> **Cb Centre** <br> **1804 10th Street** <br> **Monroe, WI 53566** | | H | Opened 10/16/07  Last Active  8/01/07 <br> Collection Wisconsin Power & Light | | | | **89.00** |
| Account No. **2008CV000712** <br><br> **Central States Mortgage - CSMC Inc** <br> **10425 West North Avenue #100** <br> **Wauwatosa, WI 53226** | | C | 12/22/06 <br> **Duplex located at 1724 8th Street, Sheboygan , WI.  Property was sold at a sheriff's sale, with a confirmation of sale 8/31/09.  Listed for informational purposes only.** | | | | **0.00** |
| Account No. <br><br> **Gray & Associates, L.L.P.** <br> **600 N. Broadway** <br> **Suite 300** <br> **Milwaukee, WI 53202** | | | Representing: <br> **Central States Mortgage - CSMC Inc** | | | | **Notice Only** |
| Account No. <br><br> **Central States Mortgage - CSMC Inc** <br> **10425 West North Avenue #100** <br> **Wauwatosa, WI 53226** | | C | 1/19/07 <br> **Second mortgage on home located at 522 W. Calumet Rd, Milwaukee, WI.  This was sold at a sheriff's sale, with a confirmation of sale date 2/16/09.** | | | | **55,000.00** |

| | | |
|---|---|---|
| Sheet no. __3___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **55,089.00** |

In re **William J Schmidt,**
**Lisa A Schmidt**

Case No. **08-29773**

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **4266-8121-2549-2586** | | | | | | Opened 5/01/04 Last Active 1/15/07 CreditCard | | | | |
| **Chase** **800 Brooksedge Blvd** **Westerville, OH 43081** | | | W | | | | | | | 4,022.00 |
| Account No. | | | | | | Representing: Chase | | | | |
| **Capital Management Services, Inc.** **726 Exchange Street, Suite 700** **Buffalo, NY 14210** | | | | | | | | | | Notice Only |
| Account No. | | | | | | Representing: Chase | | | | |
| **CHASE** **P.O.Box 52195** **Phoenix, AZ 85072-2195** | | | | | | | | | | Notice Only |
| Account No. | | | | | | Representing: Chase | | | | |
| **Client Services** **221 Point West Blvd.** **St Charles, IL 63301** | | | | | | | | | | Notice Only |
| Account No. **5888-9641-4390-2461** | | | | | | Opened 4/19/05 Last Active 12/01/06 CreditCard | | | | |
| **Chase-Pier1** **Po Box 15298** **Wilmington, DE 19850** | | | W | | | | | | | 1,243.00 |
| Sheet no. **4** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal (Total of this page) | | | | 5,265.00 |

In re  **William J Schmidt,**
       **Lisa A Schmidt**

Case No. ___**08-29773**_____

_____,
                        Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**FMA Alliance, Ltd.**<br>**11811 North Freeway, Suite 900**<br>**Houston, TX 77060** | | | **Representing:**<br>**Chase-Pier1** | | | | **Notice Only** |
| Account No. **637716** <br><br>**Creditors Alliance Inc**<br>**Po Box 1288**<br>**Bloomington, IL 61702** | | W | **Opened  4/01/08**<br>**Collection -My Handyman** | | | | **43.00** |
| Account No. **2007SC028903** <br><br>**Darryl & Marsha Smith**<br>**8175 N. Green Bay Rd**<br>**Brown Deer, WI 53209** | | C | **2007**<br>**Judgment lien on single family home located at 514 W. Luebbe Lane, Glendale, WI.  Property was sold at sheriff's sale, with a confirmation of sale date 3/30/09.** | | | | **5,129.50** |
| Account No. <br><br>**Law Offices of Robert W. Peterson LLC**<br>**731 Main Street**<br>**Racine, WI 53403** | | | **Representing:**<br>**Darryl & Marsha Smith** | | | | **Notice Only** |
| Account No. **601100729026** <br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | H | **Opened 12/01/01  Last Active  9/10/07**<br>**CreditCard** | | | | **10,744.00** |

Sheet no. __**5**___ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,916.50**

In re   **William J Schmidt,**
      **Lisa A Schmidt**

Case No.    **08-29773**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CBCS** <br> **PO Box 69** <br> **Columbus, OH 43216** | | | Representing: <br> **Discover Fin Svcs Llc** | | | | **Notice Only** |
| Account No. <br><br> **Discover Bankruptcy Department** <br> **PO Box 8003** <br> **Hilliard, OH 43026** | | | Representing: <br> **Discover Fin Svcs Llc** | | | | **Notice Only** |
| Account No. **601100790029** <br><br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | | W | Opened 11/01/01 Last Active 8/01/08 <br> **CreditCard** | | | | **1,569.07** |
| Account No. **E900433364** <br><br> **Dynacare Laboratories** <br> **PO Box 26157** <br> **Milwaukee, WI 53226** | | C | 2008 <br> **Medical Bill** | | | | **55.00** |
| Account No. <br><br> **Rausch, Sturm, Israel & Hornick, S.C.** <br> **2448 S. 102nd St.** <br> **Milwaukee, WI 53227** | | | Representing: <br> **Dynacare Laboratories** | | | | **Notice Only** |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,624.07**

In re  **William J Schmidt,**
     **Lisa A Schmidt**

Case No.  **08-29773**

_____,
                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4888-9360-2873-5649** <br><br> **Fia Card Services** <br> **PO Box 15137** <br> **Wilmington, DE 19850-5137** | C | | | **Credit Card** | | | | **Unknown** |
| Account No. **5185-6427-0311715** <br><br> **First Card Merchant** <br> **PO Box 6600** <br> **Hagerstown, MD 21740** | C | | | **Corporation debt -debtor may be personally liable - will be paid by the corporation** | | | | **Unknown** |
| Account No. **468903** <br><br> **Gemb/Jcp** <br> **Po Box 981402** <br> **El Paso, TX 79998** | | W | | **Opened 7/03/03 Last Active 1/28/07 ChargeAccount** | | | | **2,281.00** |
| Account No. <br><br> **Northland Group Inc.** <br> **PO Box 390846** <br> **Edina, MN 55439** | | | | **Representing:** <br> **Gemb/Jcp** | | | | **Notice Only** |
| Account No. **771445021444** <br><br> **Gemb/Sam** <br> **Po Box 981400** <br> **El Paso, TX 79998** | | W | | **Opened 12/01/04 Last Active 2/01/07 ChargeAccount** | | | | **1,909.00** |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,190.00**

In re **William J Schmidt,**
      **Lisa A Schmidt**

Case No.   **08-29773**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 771445021444 <br><br> **Gemb/Sam** <br> **Po Box 981400** <br> **El Paso, TX 79998** | | W | | **Opened 12/01/04 Last Active 6/01/06** <br> **ChargeAccount** | | | | 1,909.00 |
| Account No. <br><br> **Gross Heating** <br> **3260 N. 126th Street** <br> **Brookfield, WI 53005** | | C | | **2006** <br> **Service** | | | | 1,135.06 |
| Account No. 42205173 <br><br> **Guardian Credit Union** <br> **4219 W National Ave** <br> **Milwaukee, WI 53215** | | C | | **Opened 1/01/07 Last Active 10/01/07** <br> **First mortgage on home located at 522 W. Calumet Rd, Milwaukee, WI. This was sold at a sheriff's sale with confirmation of sale date 2/16/09, listed for informational purposes only.** | | | | 0.00 |
| Account No. <br><br> **Darnieder & Geraghty** <br> **735 N. Water St. Ste. 930** <br> **Milwaukee, WI 53202** | | | | **Representing:** <br> **Guardian Credit Union** | | | | Notice Only |
| Account No. 9-4573876 <br><br> **Infinity Healthcare** <br> **1251 W Glen Oaks Lane** <br> **Mequon, WI 53092** | | C | | **2008** <br> **Medical Bill** | | | | 523.00 |

| | |
|---|---|
| Sheet no. **8** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **3,567.06** |

In re **William J Schmidt,**
**Lisa A Schmidt**

Case No. ___08-29773___

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Federal Adjustment Co., Inc** <br> **7929 N. Port Washington Road** <br> **Milwaukee, WI 53217** | | | Representing: <br> **Infinity Healthcare** | | | | **Notice Only** |
| Account No. **1031035** <br><br> **Journal Community Publishing** <br> **PO Box 661** <br> **Milwaukee, WI 53201** | | C | 2007 <br> Advertising | | | | **814.00** |
| Account No. **600889468903** <br><br> **Lvnv Funding** <br> **P.O. B 10584** <br> **Greenville, SC 29603** | | W | Opened 11/28/07 Last Active 7/01/06 <br> FactoringCompanyAccount | | | | **2,609.00** |
| Account No. **1248425** <br><br> **Med Health** <br> **P.O. Box 1996** <br> **Milwaukee, WI 53201** | | C | Opened 11/01/07 Last Active 9/01/07 <br> Collection Childrens Hospital Of Wisconsin | | | | **265.00** |
| Account No. <br><br> **Children's Hospital of Wisconsin** <br> **Drawer 531** <br> **Milwaukee, WI 53278** | | | Representing: <br> **Med Health** | | | | **Notice Only** |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,688.00**

In re **William J Schmidt,**
**Lisa A Schmidt**
_____,
Debtors

Case No. ___08-29773_____

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx76-16** <br><br> **Med Health Financial Services** <br> **P.O. Box 1996** <br> **Milwaukee, WI 53201** | | C | **2010** <br> **Collection** | | | | 200.00 |
| Account No. **xxx*xx627.1** <br><br> **Medical Diagnostic Imaging, LLC** <br> **PO Box 78926** <br> **Milwaukee, WI 53278-0001** | | C | **2010** <br> **Medical Bill** | | | | 668.90 |
| Account No. **1212075** <br><br> **Mhfs** <br> **10200 W Innovation Dr St** <br> **Milwaukee, WI 53226** | | H | **Opened 7/01/07 Last Active 5/01/07** <br> **Collection - Medical College Physcians** | | | | 522.00 |
| Account No. <br><br> **Medical College of Wisconsin** <br> **PO Box 13308** <br> **Milwaukee, WI 53213-0308** | | | **Representing:** <br> **Mhfs** | | | | Notice Only |
| Account No. **1202501** <br><br> **Mhfs** <br> **10200 W Innovation Dr St** <br> **Milwaukee, WI 53226** | | C | **Opened 6/01/07 Last Active 2/14/08** <br> **Collection - Medical College Phys** | | | | 255.00 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,645.90

In re **William J Schmidt,**
**Lisa A Schmidt**

Case No. **08-29773**

_____,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1228971**<br><br>**Mhfs**<br>**10200 W Innovation Dr St**<br>**Milwaukee, WI 53226** | | H | Opened 9/01/07 Last Active 7/01/07<br>Collection - Mcw Physicians - Ped | | | | 208.00 |
| Account No. **1208307**<br><br>**Mhfs**<br>**Pob 1996**<br>**Milwaukee, WI 53201** | | H | Opened 7/10/07<br>Collection Medical Childrens Urgent Care | | | | 185.00 |
| Account No. **707694843**<br><br>**Nco Fin /99**<br>**Pob 41466**<br>**Philadelphia, PA 19101** | | W | Opened 3/29/08 Last Active 3/01/07<br>Collection - Sprint Pcs | | | | 673.00 |
| Account No.<br><br>**Sprint**<br>**6391 Sprint Parkaway**<br>**Attn: Bankruptcy Services**<br>**Overland Park, KS 66251-2850** | | | Representing:<br>Nco Fin /99 | | | | Notice Only |
| Account No. **68912**<br><br>**North Shore Orthopedics**<br>**7545 N Port Washington**<br>**Milwaukee, WI 53217-3494** | | C | 2008<br>Medical Bill | | | | 199.00 |

Sheet no. **11** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,265.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com — Best Case Bankruptcy

In re **William J Schmidt,**
     **Lisa A Schmidt**

Case No. **08-29773**

_____,
                         Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **974816** <br><br> **Oac** <br> **Po Box 371100** <br> **Milwaukee, WI 53237** | | H | | **Opened 6/16/08 Last Active 4/01/08** <br> **Collection Medical Wisconsin Radiology** | | | | **50.00** |
| Account No. <br><br> **Wisconsin Radiology Spec. S.C.** <br> **PO Box 2350** <br> **Brookfield, WI 53008** | | | | **Representing:** <br> **Oac** | | | | **Notice Only** |
| Account No. **xx9126** <br><br> **OAC** <br> **PO Box 371100** <br> **Milwaukee, WI 53237-2200** | | C | | **2010** <br> **Collection - Medical Diagnostic Imaging** | | | | **668.90** |
| Account No. <br><br> **Medical Diagnostic Imaging** <br> **6150 W. Layton Ave.** <br> **Milwaukee, WI 53220** | | | | **Representing:** <br> **OAC** | | | | **Notice Only** |
| Account No. **05371** <br><br> **Port Road Dental Association** <br> **7725 N. Port Washington Rd** <br> **Milwaukee, WI 53217** | | C | | **2008** <br> **Medical Bill** | | | | **319.00** |

Sheet no. **12** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,037.90**

In re **William J Schmidt,**
       **Lisa A Schmidt**

Case No. **08-29773**

_____
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xxx-00-01** <br><br> **Sheboygan Water Utility** <br> **72 Park Street** <br> **Box 956** <br> **Sheboygan, WI 53082** | | C | **2010** <br> **Utility Bill** | | | | **92.71** |
| Account No. **510892836** <br><br> **St. Mary's Hospital** <br> **Drawer 78673** <br> **Milwaukee, WI 53278-0673** | | C | **2008** <br> **Medical Bill** | | | | **1,673.00** |
| Account No. <br><br> **Columbia St. Mary's** <br> **Payment Processing Center** <br> **PO Box 2960** <br> **Milwaukee, WI 53201-2960** | | | Representing: <br> **St. Mary's Hospital** | | | | **Notice Only** |
| Account No. <br><br> **CSM Community Physicians** <br> **Drawer 78309** <br> **Milwaukee, WI 53278-0309** | | | Representing: <br> **St. Mary's Hospital** | | | | **Notice Only** |
| Account No. <br><br> **St. Mary's Hospital Ozaukee** <br> **PO Box 2960** <br> **Milwaukee, WI 53201** | | | Representing: <br> **St. Mary's Hospital** | | | | **Notice Only** |

Sheet no. **13** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,765.71**

In re    **William J Schmidt,**                        Case No.    **08-29773**
         **Lisa A Schmidt**

                                  Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **State Collection** <br> **PO Box 6250** <br> **Madison, WI 53716** | | | Representing: <br> St. Mary's Hospital | | | | **Notice Only** |
| Account No. **6035320490512595** <br><br> **The Home Depot - Cbsd** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | H | **Opened 1/01/06 Last Active 2/01/07** <br> **ChargeAccount - Citibank (SD)** | | | | **2,974.00** |
| Account No. <br><br> **GC Services** <br> **6330 Gulfton** <br> **Houston, TX 77081** | | | Representing: <br> The Home Depot - Cbsd | | | | **Notice Only** |
| Account No. <br><br> **Northland Group Inc.** <br> **PO Box 390905** <br> **Minneapolis, MN 55439** | | | Representing: <br> The Home Depot - Cbsd | | | | **Notice Only** |
| Account No. **xxxxx-xxxxxx6185** <br><br> **Transworld Systems** <br> **6425 Odana Rd., #B** <br> **Madison, WI 53719** | | C | **2008** <br> **Collection - Tru Green** | | | | **73.92** |

Sheet no. __**14**__ of __**20**__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)      **3,047.92**

In re **William J Schmidt,**
**Lisa A Schmidt**

Case No. ___08-29773___

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**True Green Chemlawn**<br>**N8 W22550 Johnson Dr.**<br>**Waukesha, WI 53186** | | | Representing:<br>**Transworld Systems** | | | | **Notice Only** |
| Account No. **403769001400**<br><br>**U S Bank**<br>**101 5th St E Ste A**<br>**Saint Paul, MN 55101** | C | | **Opened 1/01/06 Last Active 9/10/07**<br>**CreditCard** | | | | **5,626.00** |
| Account No. **4798531204034674**<br><br>**Unifund**<br>**11802 Conrey Rd**<br>**Cincinnati, OH 45249** | | W | **Opened 6/27/08**<br>**Collection Us Bank** | | | | **2,062.00** |
| Account No. **3000344973**<br><br>**US Bank**<br>**PO Box 790084**<br>**Saint Louis, MO 63179** | | W | **Opened 2/01/05 Last Active 11/01/07**<br>**2nd mortgage on single family home located at 514 W. Luebbe Lane, Glendale, WI.** | | | | **46,763.00** |
| Account No.<br><br>**Messerli & Kramer**<br>**3033 Campus Drive #250**<br>**Plymouth, MN 55441** | | | Representing:<br>**US Bank** | | | | **Notice Only** |

Sheet no. __15__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54,451.00**

In re **William J Schmidt,**
      **Lisa A Schmidt**

Case No. \_\_\_\_**08-29773**_____

                                     Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United Recovery Systems**<br>**PO Box 722929**<br>**Houston, TX 77272-2929** | | | Representing:<br>US Bank | | | | **Notice Only** |
| Account No.<br><br>**US Bank National Association**<br>**9321 Olive Blvd**<br>**Saint Louis, MO 63132** | | | Representing:<br>US Bank | | | | **Notice Only** |
| Account No. **403769001400**<br><br>**Us Bank**<br>**Cb Disputes**<br>**Saint Louis, MO 63166** | C | | Opened 1/01/06 Last Active 9/10/07<br>CreditCard | | | | **4,841.00** |
| Account No.<br><br>**Kohn Law Firm S.C.**<br>**312 E Wisconsin Avenue #501**<br>**Milwaukee, WI 53202-4305** | | | Representing:<br>Us Bank | | | | **Notice Only** |
| Account No.<br><br>**US Bank**<br>**PO Box 6345**<br>**Fargo, SD 58125** | | | Representing:<br>Us Bank | | | | **Notice Only** |

Sheet no. \_\_**16**\_\_ of \_\_**20**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,841.00**

In re **William J Schmidt,**
**Lisa A Schmidt**

Case No. **08-29773**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 479853120403 <br><br> **Us Bk Rms Cc** <br> **205 W 4th St** <br> **Cincinnati, OH 45202** | | W | Opened 3/01/06 Last Active 9/10/07 <br> BusinessCreditCard | | | | 1,940.00 |
| Account No. 2008CV001006 <br><br> **Wachovia Mortgage Corp** <br> **1000 Louis Rose Place #D 2nd Floor** <br> **Charlotte, NC 28262** | C | | Single family home located at 514 W. Luebbe Lane, Glendale, WI. Property was sold at a sheriff's sale, with a confirmation of sale date 3/30/09. Listed for informational purposes only | | | | 0.00 |
| Account No. <br><br> **Blommer Peterman, SC** <br> **13700 W. Greenfield Ave** <br> **Brookfield, WI 53005** | | | Representing: <br> Wachovia Mortgage Corp | | | | Notice Only |
| Account No. <br><br> **O'Dess & Associates, SC** <br> **1414 Underwood Ave, Suite 403** <br> **Wauwatosa, WI 53213** | | | Representing: <br> Wachovia Mortgage Corp | | | | Notice Only |
| Account No. <br><br> **Washington Mutual** <br> **PO Box 660487** <br> **p** <br> **Dallas, TX 75266** | C | | Credit Card | | | | 6,000.00 |

Sheet no. **17** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,940.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **William J Schmidt,**
      **Lisa A Schmidt**

Case No. **08-29773**

_____,
            Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IC System**<br>**725 John Nolen Drive**<br>**Madison, WI 53713** | | | Representing:<br>**Washington Mutual** | | | | **Notice Only** |
| Account No.<br><br>**We Want to Be Your Plumbers**<br>**4605 N. 124th Street**<br>**Butler, WI 53007** | C | | 2007-2008<br>Service | | | | **111.00** |
| Account No. **1020706 - 80299849**<br><br>**Wells Fargo Finance**<br>**6805 W Brown Deer Rd**<br>**Milwaukee, WI 53223** | | W | Opened 2/01/06 Last Active 3/31/08<br>NoteLoan | | | | **600.00** |
| Account No.<br><br>**Tiburon Financial LLC**<br>**218A S. 108th Ave**<br>**Omaha, NE 68154-2631** | | | Representing:<br>**Wells Fargo Finance** | | | | **Notice Only** |
| Account No. **3004010496**<br><br>**Wfnnb/American**<br>**4590 E Broad St**<br>**Columbus, OH 43213** | | H | Opened 1/01/06 Last Active 3/01/07<br>ChargeAccount | | | | **1,694.00** |

Sheet no. **18** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,405.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

In re **William J Schmidt,**
     **Lisa A Schmidt**

Case No. ___08-29773___

_____,
                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CAC Financial Corp** <br> **2601 NW Expressway, Ste 1000 East** <br> **Oklahoma City, OK 73112** | | | **Representing:** <br> **Wfnnb/American** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | | | **Representing:** <br> **Wfnnb/American** | | | | **Notice Only** |
| Account No. **2031-175-178** <br><br> **Wi Electric** <br> **333 W Everett** <br> **Milwaukee, WI 53201** | | H | **Opened 8/25/06** <br> **Other Utility Company** | | | | **1,004.00** |
| Account No. <br><br> **WE Energies** <br> **Attn: Bankruptcy Department - A130** <br> **PO Box 2046** <br> **Milwaukee, WI 53201-2046** | | O | **Representing:** <br> **Wi Electric** | | | | **Notice Only** |
| Account No. **8662-850-944** <br><br> **Wi Electric** <br> **333 W Everett** <br> **Milwaukee, WI 53201** | | W | **Opened 4/12/08** <br> **Other Utility Company** | | | | **821.00** |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,825.00**

In re    **William J Schmidt,**        Case No.    **08-29773**
           **Lisa A Schmidt**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **482564** <br><br> **Wi Electric** <br> **333 W Everett** <br> **Milwaukee, WI 53201** | C | | **Opened 1/10/08** <br> **Other Utility Company** | | | | **143.00** |
| Account No. <br><br> **Omni Credit Services** <br> **333 Bishop's Way** <br> **#100** <br> **Brookfield, WI 53005** | | | Representing: <br> Wi Electric | | | | **Notice Only** |
| Account No. **xxxxxxxxx-x0004** <br><br> **Wisconsin Public Service** <br> **PO Box 19003** <br> **Green Bay, WI 54307-9003** | C | | **2009** <br> **Utility Bill** | | | | **153.39** |
| Account No. **WRS230791** <br><br> **Wisconsin Radiology Spec. S.C.** <br> **PO Box 2350** <br> **Brookfield, WI 53008** | C | | **2008** <br> **Medical Bill** | | | | **80.00** |
| Account No. | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | **376.39** |
| Total <br> (Report on Summary of Schedules) | | **188,265.09** |

In re    **William J Schmidt**
        **Lisa A Schmidt**                                    Case No.    **08-29773**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**10**<br>**11** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **50% owner concrete construction** | **child care** |
| Name of Employer | **FW Schmidt, Inc** | **St. Johns Lutheran Church** |
| How long employed | **22 years** | **2 years** |
| Address of Employer | **N120W20275 Dolores Ct**<br>**Richfield, WI 53076** | **N. Port Washington Rd**<br>**Glendale, WI 53217** |
| **\*See Attachment for Additional Employment Information** | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 2,500.00 | $ | 715.56 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| | | | | |
| 3. SUBTOTAL | $ | 2,500.00 | $ | 715.56 |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 53.38 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 53.38 |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,500.00 | $ | 662.18 |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): **Husband side-job** | $ | 508.60 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 508.60 | $ | 0.00 |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,008.60 | $ | 662.18 |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **3,670.78** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Rental income will cease**

In re __William J Schmidt__
__Lisa A Schmidt__

Case No. __08-29773__

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
### Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Home health care** | |
| Name of Employer | **Supportive Homecare Options Inc.** | |
| How long employed | | |
| Address of Employer | **7425 Harwood Ave.** **Milwaukee, WI 53213** | |

In re   **William J Schmidt**
       **Lisa A Schmidt**                              Case No.  **08-29773**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,890.00 |
| a. Are real estate taxes included?     Yes ___     No **X** | | |
| b. Is property insurance included?     Yes ___     No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 250.00 |
|            b. Water and sewer | | $ 65.00 |
|            c. Telephone | | $ 65.00 |
|            d. Other   **Cellular** | | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 35.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 55.00 |
| 7. Medical and dental expenses | | $ 40.00 |
| 8. Transportation (not including car payments) | | $ 175.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 0.00 |
|            b. Life | | $ 0.00 |
|            c. Health | | $ 498.00 |
|            d. Auto | | $ 170.00 |
|            e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 0.00 |
|            b. Other | | $ 0.00 |
|            c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **See Detailed Expense Attachment** | | $ 195.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,188.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

      **Debtors will be moving out of their residence and will be renting. The monthly rental amount has been listed on line 1.**

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | | $ 3,670.78 |
| b. | Average monthly expenses from Line 18 above | | $ 4,188.00 |
| c. | Monthly net income (a. minus b.) | | $ -517.22 |

In re   **William J Schmidt**
      **Lisa A Schmidt**
            Debtor(s)
         Case No.   **08-29773**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **School lunch, supplies, activities** | $ | **125.00** |
| **Automobile repairs/maintenance** | $ | **35.00** |
| **Personal grooming expenses** | $ | **35.00** |
| **Total Other Expenditures** | $ | **195.00** |

# United States Bankruptcy Court
### Eastern District of Wisconsin

| | | | |
|---|---|---|---|
| In re | **William J Schmidt**<br>**Lisa A Schmidt** | Case No. | **08-29773** |
| | Debtor(s) | Chapter | **7** |

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$36,000.00** | **Husband 2010 Year to date gross income from employment/wages - estimated** |
| **$24,320.00** | **Husband 2009 Gross income from employment/wages** |
| **$37,781.00** | **Husband 2008 Gross income from employment/wages ($5,575/wages) and $43,276 Gross receipts from operation of business (Net profit $32,296)** |
| **$39,525.00** | **Husband 2007 Gross income from employment/wages ($14,521/wages) and $25,004 Gross receipts from operation of business (Net profit $19,014)** |
| **$28,952.00** | **Husband 2006 Gross income from employment/wages ($952/wages) and $28,000 Gross receipts from operation of business** |
| **$4,400.00** | **Wife 2010 Year to date gross income from employment/wages** |

| AMOUNT | SOURCE |
|---|---|
| $6,833.00 | **Wife 2009 Gross income from employment/wages** |
| $11,224.00 | **Wife 2008 gross income from employment/wages** |
| $11,182.00 | **Wife 2007 Gross income from employment/wages** |
| $0.00 | **Wife 2006 Gross income from employment/wages** |
| $0.00 | **2006 Gross income from residential home rehabbing $514,000 - cost of goods sold $535,604 (loss $21,604)** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,000.00 | **2008 Gross rental income (net of $3,789)** |
| $32,250.00 | **2007 Gross income from rental income $32,250 (loss $19, 649)** |
| $15,000.00 | **2006 Gross income from rental income $15,000 (loss $3,718)** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank National Association vs. Lisa A Schmidt et alCase Number 2008CV010794** | **Civil - Foreclosure** | **Milwaukee County** | **Pending** |
| **CSMC Inc vs. William J Schmidt et al Case Number 2008CV009105** | **Civil - Foreclosure** | **Milwaukee County** | **Judgment** |
| **Guardian Credit Union vs. William John Schmidt et al Case Number 2008CV001246** | **Civil _ Foreclosure of Mortgage** | **Milwaukee County** | **Judgment** |
| **Wachovia Mortgage Corp vs. William J Schmidt et al Case Number 2008CV001006** | **Civil - Foreclosure** | **Milwaukee County** | **Judgment - Confirmation of Sale 9-9-2008** |
| **CSMC Inc vs. William J Schmidt et alCase Number 2008CV000712** | **Civil - Foreclosure** | **Sheboygan County** | **Judgment 9-4-2008** |
| **Darryl E Smith et al vs. William J Schmidt et al Case Number 2007SC028903** | **Small Claims** | **Milwaukee County** | **Judgment** |
| **Lisa A Schmidt vs. Hampton LaundromatCase Number 2007CV013964** | **Civil - Money Judgment Personal Injury** | **Milwaukee County** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Guardian Credit Union 11220 W Oklahoma Avenue West Allis, WI 53227** | **2/16/09** | **Single family home located at 522 W. Calumet Rd, Milwaukee, WI. The property was sold at a sheriff's sale, with a confirmation of sale date 2/16/09.** |
| **Central States Mortgage 10425 West North Avenue #100, Wauwatosa, WI 53226** | **8/31/09** | **Duplex located at 1724 8th Street, Sheboygan, WI. The property was sold at a sheriff's sale, with a confirmation of sale date 8/31/09.** |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wachovia Mortgage Corp.**<br>**1000 Louis Rose Place #D 2nd Floor**<br>**Charlotte, NC 28262** | **3/30/09** | **Single family home located at 514 W. Luebbe Lane, Glendale, WI.  Property was sold at a sheriff's sale, with a confirmation of sale date 3/30/09.** |

### 6.  Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Dantzman & Dantzman**<br>**324 E. Wisconsin Ave**<br>**Milwaukee, WI 53202** | **11/2010-12/2010** | **$1000 Atty Fee $25.00 Filing Fee $35/credit report(s)** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| FW Schmidt Inc. | 39-1633028 | 9076 N. Meadowlark Bayside, WI 53217 | Concrete construction for driveways, sidewalks, patios | 1986-Present |
| Cinderalla Properties | xxx-xx-4635 | 522 W. Calumet Rd Milwaukee, WI 53204 | Debtors were purchasing properties, rehabbing the properties and then reselling them | 2005-2006 |
| Concrete by Will, LLC | xxx-xx-4635 | 9076 N. Meadowlark Bayside, WI 53217 | Husband performs side job(s) for concrete | 2007-present |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                  NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                   RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Fred Schmidt** | **Owner** | **50%** |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                          DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                     DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **December 29, 2010**      Signature   **/s/ William J Schmidt**

                                                         **William J Schmidt**
                                                         Debtor

Date   **December 29, 2010**      Signature   **/s/ Lisa A Schmidt**

                                                         **Lisa A Schmidt**
                                                         Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **William J Schmidt**
      **Lisa A Schmidt**

Case No.   **08-29773**

Debtor(s)

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **0.00** |

2.   $  **25.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of petition, means test and plan if applicable, reaffirmation agreements and applications as needed;**

        **Should a situation arise where attorney cannot be present at the debtors 341 examination, debtor(s) have agreed to allow a portion of the attorney fee charged to be used to retain another atttorney for this purpose.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, avoidance of a second mortgage, relief from stay actions or any other adversary proceeding. Judgment satisfaction in state court following discharge. Preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Plan modifications requested by debtor(s) and Mortgage rate/loan modifcation(s), property valuations/appraisals. Conversions from one chapter to another chapter are also not covered.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 29, 2010**

**/s/ Gregory T. Dantzman**
**Gregory T. Dantzman 1032430**
**Law Offices of Dantzman & Dantzman**
**324 E. Wisconsin Ave**
**Milwaukee, WI 53202**
**414-831-0427 Fax: 414-831-0428**

---

Form 8
(10/05)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **William J Schmidt**
       **Lisa A Schmidt**

                         Debtor(s)

Case No.    **08-29773**

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Single Family home, 9076 N. Meadowlark Bayside, WI.  Estimated fair market value $239,500 from tax bill.** | **Central States Mortgage - CSMC Inc** | **X** | | | |
| **Single Family home, 9076 N. Meadowlark Bayside, WI.  Estimated fair market value $239,500 from tax bill.** | **Interim Funding, LLC** | **X** | | | |
| **Single Family home, 9076 N. Meadowlark Bayside, WI.  Estimated fair market value $239,500 from tax bill.** | **Milwaukee County Treasurer** | **X** | | | |
| **1999 Chrysler Concorde 90,000 miles** | **Landmark Credit Union** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **December 29, 2010**

Signature    **/s/ William J Schmidt**

                 **William J Schmidt**
                 Debtor

Date   **December 29, 2010**

Signature    **/s/ Lisa A Schmidt**

                 **Lisa A Schmidt**
                 Joint Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

In re    **William J Schmidt**
      **Lisa A Schmidt**

_____
Debtor(s)

Case Number:   **08-29773**
_____
(If known)

| According to the calculations required by this statement: |
|---|
| ☐ **The presumption arises.** |
| ■ **The presumption does not arise.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# AMENDED
## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** <br> b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.** <br> c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** <br> d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 4,411.66 | $ 884.00 |

| | | | | | Column A | Column B |
|---|---|---|---|---|---|---|
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | | | |
| | | | Debtor | Spouse | | |
| | a. | Gross receipts | $ 0.00 | $ 0.00 | | |
| | b. | Ordinary and necessary business expenses | $ 0.00 | $ 0.00 | | |
| | c. | Business income | Subtract Line b from Line a | | $ 0.00 | $ 0.00 |

| | | | | | Column A | Column B |
|---|---|---|---|---|---|---|
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | | |
| | | | Debtor | Spouse | | |
| | a. | Gross receipts | $ 1,962.00 | $ 0.00 | | |
| | b. | Ordinary and necessary operating expenses | $ 683.00 | $ 0.00 | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | | $ 1,279.00 | $ 0.00 |

| | | Column A | Column B |
|---|---|---|---|
| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |

| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 9 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ 0.00    Spouse $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 10 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>Debtor    Spouse<br>a.    $        $<br>b.    $        $<br>Total and enter on Line 10 | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 11 | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 5,690.66 | $ 884.00 |
|---|---|---|---|

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $ 6,574.66 |
|---|---|---|---|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ 78,895.92 |
|---|---|---|

| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence:    WI    b. Enter debtor's household size:    4 | $ 74,560.00 |
|---|---|---|

| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.<br>☐ The amount on Line 13 is less than or equal to the amount on Line 14. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>■ The amount on Line 13 is more than the amount on Line 14. Complete the remaining parts of this statement. |
|---|---|

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ 6,574.66 |
|---|---|---|

| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a.        $<br>b.        $<br>c.        $<br>d.        $<br>Total and enter on Line 17 | $ 0.00 |
|---|---|---|

| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | $ 6,574.66 |
|---|---|---|

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $            1,370.00 |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br>_table below_ | $              228.00 |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member                57 | a2. | Allowance per member              144 |
| b1. | Number of members                     4 | b2. | Number of members                    0 |
| c1. | Subtotal                            228.00 | c2. | Subtotal                            0.00 |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $              530.00 |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**<br><br>_table below_ | $                0.00 |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $            1,006.00 |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $            2,169.88 |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____ | $                0.00 |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ■ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $              183.00 |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $                0.00 |

| | | | | |
|---|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ■ 1  ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ 489.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ 8.95 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 480.05 |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ 0.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ 0.00 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 0.00 |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | | | $ 800.00 |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | | | $ 0.00 |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | | | $ 0.00 |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | | | $ 0.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | | $ 0.00 |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | | | $ 0.00 |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | | | $ 0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | | | $ 100.00 |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | | | $ 3,691.05 |

| | Subpart B: Additional Living Expense Deductions<br>Note: Do not include any expenses that you have listed in Lines 19-32 | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
| | a. | Health Insurance | $ 500.00 |
| | b. | Disability Insurance | $ 0.00 |
| | c. | Health Savings Account | $ 0.00 |
| | Total and enter on Line 34.<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ | | $ 500.00 |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | $ 0.00 |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $ 0.00 |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ 0.00 |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $ 0.00 |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ 0.00 |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | $ 200.00 |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | $ 700.00 |

| Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | **Central States Mortgage - CSMC Inc** | **Single Family home, 9076 N. Meadowlark Bayside, WI. Estimated fair market value $239,500 from tax bill.** | $　　1,438.38 | ☐yes ■no |
| b. | **Interim Funding, LLC** | **Single Family home, 9076 N. Meadowlark Bayside, WI. Estimated fair market value $239,500 from tax bill.** | $　　731.50 | ☐yes ■no |
| c. | **Landmark Credit Union** | **1999 Chrysler Concorde 90,000 miles** | $　　8.95 | ☐yes ■no |
| | | | Total: Add Lines | $　　2,178.83 |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |
|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | **Central States Mortgage - CSMC Inc** | **Single Family home, 9076 N. Meadowlark Bayside, WI. Estimated fair market value $239,500 from tax bill.** | $　　329.37 |
| b. | **Interim Funding, LLC** | **Single Family home, 9076 N. Meadowlark Bayside, WI. Estimated fair market value $239,500 from tax bill.** | $　　50.00 |
| c. | **Landmark Credit Union** | **1999 Chrysler Concorde 90,000 miles** | $　　5.95 |
| d. | **Milwaukee County Treasurer** | **Single Family home, 9076 N. Meadowlark Bayside, WI. Estimated fair market value $239,500 from tax bill.** | $　　96.67 |
| | | Total: Add Lines | $　　481.99 |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $　　39.95 |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $　　2,700.00 |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x　　6.10 |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b　　$　　164.70 |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $　　2,865.47 |
|---|---|---|

| Subpart D: Total Deductions from Income |
|---|

| 47 | Total of all deductions allowed under § 707(b)(2). Enter the total of Lines 33, 41, and 46. | $ | 7,256.52 |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ | 6,574.66 |
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ | 7,256.52 |
| 50 | Monthly disposable income under § 707(b)(2). Subtract Line 49 from Line 48 and enter the result. | $ | -681.86 |
| 51 | 60-month disposable income under § 707(b)(2). Multiply the amount in Line 50 by the number 60 and enter the result. | $ | -40,911.60 |

| 52 | Initial presumption determination. Check the applicable box and proceed as directed.<br><br>■ The amount on Line 51 is less than $6,575. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ The amount set forth on Line 51 is more than $10,950 Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ The amount on Line 51 is at least $6,575, but not more than $10,950. Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | Threshold debt payment amount. Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | Secondary presumption determination. Check the applicable box and proceed as directed.<br><br>☐ The amount on Line 51 is less than the amount on Line 54. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ The amount on Line 51 is equal to or greater than the amount on Line 54. Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | Other Expenses. List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

|   | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  **December 29, 2010**          Signature:  **/s/ William J Schmidt**<br>                                                              **William J Schmidt**<br>                                                                   (Debtor)<br><br>Date:  **December 29, 2010**          Signature  **/s/ Lisa A Schmidt**<br>                                                              **Lisa A Schmidt**<br>                                                              (Joint Debtor, if any) |